**Order entered November 30, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00898-CV

## IN THE INTEREST OF J.S., A CHILD

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 104418-CC**

## ORDER

Before the Court is appellant's November 29, 2021 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **December 10, 2021**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/    LANA MYERS
       JUSTICE